Affirmed and Opinion filed May 23, 2002









Affirmed and Opinion filed May 23, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS. 14-01-01274-CR;

        
14-01-01275-CR

____________

 

OCTAVIO GOMEZ WENSES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 182nd District Court

Harris
County, Texas

Trial
Court Cause Nos. 843,835 & 849,732

 



 

M E M O R A N D U M  O
P I N I O N

After a guilty plea, appellant was convicted of the offenses
of possession of a controlled substance and failure to appear, and sentenced on
November 2, 2001, to three years= incarceration in the Texas
Department of Criminal Justice, Institutional Division.

On March 28, 2002, this court ordered a hearing to determine
why appellant's counsel had not filed a brief in this appeal.  On April 8, 2002, the trial court conducted
the hearing.  The record of the hearing
was filed in this court on May 17, 2002.

The trial court found appellant no longer desires to prosecute
his appeal.








On the basis of those findings, this court has considered the
appeal without briefs.   See Tex. R. App. P. 38.8(b).

We find no fundamental error.

Accordingly, the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered
and Opinion filed May 23, 2002.

Panel consists of
Justices Yates, Seymore, and Guzman.

Do not publish - Tex. R. App. P. 47.3(b).